# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1119

_____

Rachel Swink,                        *
                                     *
          Appellant,                 *
                                     *
     v.                              *     Appeal from the United States
                                     *     District Court for the
Southwestern Bell Telephone          *     Eastern District of Missouri.
Company, doing business as ATT       *
Missouri,                            *        [UNPUBLISHED]
                                     *
          Appellee.                  *

_____

Submitted:  December 29, 2009
Filed:  January 14, 2010

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

     Rachel Swink appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action brought under the Americans with Disabilities Act of 1990 (ADA) and the Employee Retirement Income Security Act of 1974 (ERISA).  Upon de novo review, see Anderson v. Larson, 327 F.3d 762, 767 (8th Cir. 2003) (standard of review), we affirm, see 8th Cir. R. 47B.

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.